# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES E. SMITH, ADC# 121300                                                         PETITIONER

v.                                    NO. 4:16CV00500 JLH/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                   RESPONDENT

## ORDER

James E. Smith has moved to dismiss this action without prejudice. That motion is GRANTED. Document #7. This action is dismissed without prejudice. All pending motions are denied as moot. The Court will not issue a certificate of appealability in this case.

IT IS SO ORDERED this 29th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE